# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Benjamin Charkow
Tel: 646.346.8064
Fax: 212.223.1942
charkowB@ballardspahr.com

April 22, 2021

*Via E-mail (BuchwaldNYSDChambers@nysd.uscourts.gov)*

The Honorable Naomi Rice Buchwald
District Judge
The United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl St.
New York, NY  10007-1312

Re:   No. 21-cv-3297-NRB, Steven Madden, Ltd. vs. Sitiowebnetcy.com, et al. (and No. 21-mc-398-PKC)

Dear Judge Buchwald:

We represent the Plaintiff, Steven Madden, Ltd. in this matter.  You will recall you ordered a Temporary Restraining Order ("TRO") in this matter.  In connection with the TRO, the Court on April 13, 2021 granted our motion to temporarily permit filings in the case under seal.  In that regard, this case was ordered to be maintained under seal for the earlier of seven days or further order by the Court (*see* attached Order).

Though this seven-day period has lapsed, the case remains under seal.  I am writing to request that this case be unsealed and available for public review and electronic court filing.

Thank you.

Very truly yours,

Benjamin Charkow

BC
Attachment

Application granted.  The Clerk is respectfully directed to unseal the case.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   New York, N.Y.
         April 22, 2021

DMEAST #44433819 v1

Benjamin Charkow
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
Telephone: 212.223.0200
Facsimile: 212.223.1942
charkowb@ballardspahr.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

| | |
|---|---|
| Steven Madden, Ltd., | : FILED UNDER SEAL PURSUANT TO |
| | : 15 U.S.C. § 1116 |
| Plaintiff, | : |
| | : Civil Action No.: _____ |
| vs. | : |
| | : |
| sitiowebnetcy.com, kysyachts.com, | : [PROPOSED] **ORDER TO** |
| fashionzapato.online, quinceblack.co | : **TEMPORARILY SEAL FILE** |
| | : |
| Defendants. | : |

-----------------------------------------------------------X

Upon consideration of the above-named Plaintiffs' application for an Order to File Under Seal, it is hereby:

ORDERED that the Clerk of the Court shall maintain this action under seal for (the earlier of) seven *a* days or ~~until~~ further order of the Court, and it is further

ORDERED that, notwithstanding this Order to Seal, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any court orders entered in this matter while under seal. The Clerk is directed to restrict access to this order to the selected party viewing level.

Dated: April 13, 2021

_____
United States District Judge

Part I

DMEAST #43947986 v1